UNITED STATES DISTRICT COURT SCAN INDEX SHEET

ml

2:96-m -08151 USA v. Scott

m

2

968151

1

USA

Scott

crcmp.

3/6/96

JES - Presiding Judge

Amd Arse

FILED

MAR - 6 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

96-8151M

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>William SCOTT<br>A74 389 550<br>Citizen of United States<br>Age 42<br>Defendant | Magistrate Court No.<br>COMPLAINT FOR VIOLATION OF:<br>**Title 8, U.S.C., Section 1324(a)(1)(A)(ii) - Illegal Transportation of Alien(s) (Felony)** |

**The undersigned complainant, being duly sworn, states:**

**That on or about March 4, 1996, within the Southern District of California, defendant William SCOTT, knowing and in reckless disregard of the fact that certain aliens, Valentin SANDOVAL-Campa and Arturo MERCADO-Padilla had come to, entered and remained in the United States in violation of law, did transport and move and attempt to transport and move said aliens in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).**



-1-

The complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Timothy E. Still
Senior Border Patrol Agent

SWORN AND SUBSCRIBED TO before me
on March 5, 1996.

JOSEPH SCHMITT
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
**V.**
**William SCOTT**

## STATEMENT OF FACTS

The DEFENDANT was driving a black 1975 Dodge Van in which the DEFENDANT, a female passenger, and 14 undocumented aliens when Agent Marshall was conducting inspection duties in the primary inspection lane of the Highway 86 Checkpoint. The DEFENDANT attempted to roll through the Checkpoint to prevent a close inspection of the vehicle. Agent Marshall had to shout to the DEFENDANT to order him to stop the vehicle. Agent Marshall question him and the female in the passenger's seat as to their citizenship. Both replied that they were citizens of the United States.

When Agent Marshall asked the DEFENDANT if there was anyone else in the vehicle, he said, "No." However, Agent Marshall was able to see several other people laying down attempting to hide. The DEFENDANT was detained and advised of his constitutional rights under the MIRANDA decision. He acknowledged and waived his right to remain silent.

The DEFENDANT admitted to being recruited by an unidentified hispanic male to drive a load of illegal aliens from El Centro, California to Indio, California for the sum of $100.00 to be paid upon arrival in Indio.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| Valentin SANDOVAL-Campa | 11/29/77 | Mexico |
| Arturo MERCADO-Padilla | 04/11/77 | Mexico |

Further, complainant states that he believes that said aliens are citizens of a country other than the United States; that said aliens have admitted that they are deportable as defined in Title 8, United States Code, Section 1251; that it is impracticable to secure attendance at the trial thereof by subpoena; and that they are material witnesses in relation to this charge and should be held or admitted to bail as prescribed in Title 8, United States Code, Section 1227(d).